# LEASE AMENDMENT

THIS LEASE AMENDMENT made as of this 16th day of August, 1999, by and between RANDALL PARK ASSOCIATES, L.P., a Delaware limited partnership (hereinafter referred to as "Landlord"), and MAGIC JOHNSON THEATRES, a California General Partnership (hereinafter referred to as "Tenant"):

WITNESSETH:

WHEREAS, by an agreement of lease dated the 22nd day of May, 1998 (hereinafter referred to as the "Lease"), Randall Park Associates, predecessor in interest to Landlord, leased unto Tenant, for a period commencing on the Rental Commencement Date and expiring the December 31 following the fifteenth (15th) anniversary of the Rental Commencement Date (as defined in the Lease), certain premises as more particularly described in the Lease (hereinafter referred to as the "Demised Premises"), located in the Randall Park Shopping Center, North Randall, Ohio, as in said Lease more particularly described, and

WHEREAS, Landlord has changed its name to Randall Park Associates, L.P., a Delaware limited partnership;

WHEREAS, the wording in Section 4.01(b) Percentage Rent section of the Lease is not accurate; and

WHEREAS, Landlord and Tenant now desire to amend and modify the Lease in certain respects,

NOW, THEREFORE, in consideration of the mutual covenants contained herein and in the Lease amended and modified hereby and other good and valuable consideration, the receipt and sufficiency whereof is hereby acknowledged by the parties, it is hereby mutually agreed as follows:

1. Section 4.01(b) of the Lease is deleted in its entirety and the following is inserted in its place and stead:

> "(b) a Percentage rental (**"Percentage Rent"**) in respect of each Lease Year (hereinafter defined) equal to 8% of the Office Receipts (as hereinafter defined) (i) in excess of $8,296,296 in respect of each of the first fifteen (15) Lease Years of the basic term, and (ii) in excess of $7 million in respect of each Lease Year of the remainder of the basic term beginning with the sixteenth (16th) Lease Year (the **"Breakpoint,"** as may be applicable in respect of the first fifteen (15) Lease Years and thereafter). If any Lease Year is less or more than 365 days, the Breakpoint shall be equitably adjusted by multiplying it by a fraction, the numerator of which is the number of days in the applicable Lease Year and the denominator of which is 365."

Except as herein modified, all of the other terms, covenants and conditions of the aforesaid Lease shall remain in full force and effect.

All capitalized terms not herein defined shall have the same meaning as set forth in the Lease.

This Lease Amendment shall bind and inure to the benefit of not only the parties hereto, but also their successors and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Lease Amendment the day and year first above written.

LANDLORD

RANDALL PARK ASSOCIATES, L.P., a
Delaware limited partnership
By: SDG RANDALL, INC., a Delaware
corporation, its general partner

By: ______________________
David Simon, Chief Executive Officer

TENANT

MAGIC JOHNSON THEATRES, a
California General Partnership
By: S&J Theatres Inc.

By: ______________________
Seymour H. Smith
Executive Vice President